# EXHIBIT "A"

# MICHIGAN MHP
# 3140 W OSBORN RD
# PHOENIX AZ 85017

THIS LETTER IS TO LEAVE RONALD KARN FREE OF
RESPONSIBILITY OF TRAILER # 12 FROM ALL PAYMENTS AND
BALANCES. HE WILL HAND US THE KEYS AND TITTLE FROM
TRAILER AS AN AGREEMENT.

ATT

05/06/11