# EXHIBIT "B"

EXHIBIT "B"

DEPT 855      6760698014041
PO BOX 4115
CONCORD CA  94524

**National Credit Systems, Inc**

P.O. Box 312125 Atlanta, GA 31131-2125
Phone: (404) 629-2728
Toll Free: (800) 459-1539

ADDRESS SERVICE REQUESTED

#BWNFTZF #ATL6760698014041#



RONALD LOUIS KARN JR
3318 N 18TH AVE APT A1
PHOENIX AZ 85015-5816

April 29, 2014

Re:  MICHIGAN-MHP / J & D / 12
Account #:  2935772
Balance: $2571.51

Dear RONALD LOUIS KARN JR,

It is imperative that you give this matter your prompt attention.

The above referenced account has been placed with this office for collection.  National Credit Systems, Inc. has been authorized to recover this debt by way of credit bureau reporting (following this initial 30 day validation period) as well as other remedies available under the law.  It is our intention to pursue this debt until resolved.

However, if you contact our office, we will work with you to satisfy this debt in a friendly manner.  Your representative will review and explain all charges assessed, consider your individual circumstances, and assist you in resolving this matter.  Please be assured that you may still avoid the aforementioned consequences.

We encourage you to take advantage of this opportunity so we may settle this debt amicably.

Cordially,

ERICA CHILDS
Collection Representative
404-214-4992  888-271-8632

**Required Statutory Notice:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

*[Handwritten: FAX  888 761 7973   ATTN: Client Services]*

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

ATL13-0428-469701365-00795-795