# EXHIBIT "C"

EXHIBIT "C"

**National**
**Credit Systems, Inc.**

*National Credit Systems, Inc.    P.O. Box 312125 Atlanta, GA 31131    (800) 459-1539  (404) 629-2728*
*Monday - Thursday 8:00 am - 7:00 pm   Friday 8:00 am -5:00pm*

05/06/2014

Ronald Louis Karn Jr
3318 N 18TH AVE APT A1
Phoenix AZ 85015-5816

Client: MICHIGAN MHP / J & D
Client Account Number: 12
NCS Account Number: 2935772

Balance:  $2,571.51

We have received your correspondence concerning the above referenced account.

Your dispute has been investigated; however, we have yet to find sufficient evidence to validate your claim(s).  It is very important that you provide our company with all documentation supporting your position.

In the event that new information is obtained which places doubt on the validity of this debt, we will promptly update our records accordingly.  In addition, National Credit Systems, Inc. will revise or delete the information it may have reported to the three major credit bureaus, in full compliance with the provisions of The Fair Credit Reporting Act ,The Fair Debt Collections Practices Act and any state regulations that may be applicable.

Be advised that National Credit Systems, Inc. is a third party debt collection agency whose efforts are solely on behalf of other companies who have previously validated debts.

Enclosed you will find documentation provided to us by MICHIGAN MHP / J & D.

Sincerely,

Collection Representative
404-629-2728
11

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for this purpose.