Joseph Panvini (028359)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8875
866-317-2674 facsimile
jpanvini@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronald Karn, | ) | Case No. 2:14-cv-02480-JZB |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| National Credit Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Ronald Karn submits this status report in accordance with the Court's June 11, 2015 order (Doc. 16). At that time, Defendant was in default for failure to answer the complaint, and the Court inquired why no motion for default judgment had been filed. Plaintiff had been in contact with Defendant, and Plaintiff consented to Defendant's motion to vacate the entry of default so that the matter may be decided on its merits. The Court granted Defendant's motion and vacated the default on June 15, 2015 (Doc. 20). Defendant has since filed an answer and this Court has set the case for a Rule 16 case management conference. Plaintiff intends to continue to actively participate in the case to prosecute his claims.

Therefore, Plaintiff respectfully requests that this Court not dismiss this case and discharge its order of June 11, 2015.

Dated: June 18, 2015.              Respectfully submitted,

s/ Joseph Panvini
Joseph Panvini (028359)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8875
866-317-2674 facsimile
jpanvini@consumerlawinfo.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 18, 2015, the foregoing was filed with the Court using CM/ECF, which will send notification of such filing to:

Charity A. Olson
Olson Law Group
2723 S. State St., Ste. 150
Ann Arbor MI 48104
colson@olsonlawpc.com

s/ Joseph Panvini
Joseph Panvini
